UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STANLEY NELSON, ADC #124583**  **PETITIONER**

v. No. 4:20-CV-00175-JM-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  **RESPONDENT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court agrees with Judge Ray's analysis of the law and assessment of the evidence in this case. The Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Petition is GRANTED in part, and DENIED in part.

2. Nelson's first nine claims that: (1) Mr. Cannon was ineffective for stipulating to an erroneous battery justification instruction containing the wrong elements of second degree battery; (2) Mr. Cannon was ineffective for stipulating to an erroneous murder justification instruction containing the wrong elements of second degree battery; (3) Mr. Cannon was ineffective for stipulating to an erroneous murder justification instruction identifying the wrong victim of the second degree battery; (4) Mr. Cannon was ineffective for stipulating to an erroneous murder justification instruction which failed to state that Morant and Green were acting in concert in committing second degree battery; (5) Mr. Cannon was ineffective for not eliciting testimony to explain the significance of "ETO"; (6) Mr. Cannon was ineffective for failing to introduce medical records and testimony to establish the severity of Marshall's injury; (7) Mr. Cannon was ineffective

for improperly advising Nelson not to testify; (8) Mr. Cannon was ineffective for failing to introduce testimony that Nelson was aware Green had committed acts of domestic violence; and (9) Mr. Cannon was ineffective for failing to request an imperfect self-defense jury instruction, are DENIED.

3. Nelson's final claim, that Mr. Cannon was constitutionally ineffective for failing to move for directed verdict because there was no evidence to support the enhancement of his sentences under Ark. Code Ann. § 5-4-702, is GRANTED.

4. Nelson's enhanced sentence on both his first degree battery and second degree murder convictions is REVERSED.

5. There have been no requests or arguments for a certificate of appealability. Therefore, a certificate of appealability is DENIED.

Dated this 12th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STANLEY NELSON, ADC #124583**                                                                          **PETITIONER**

**v.**                              **No. 4:20-CV-00175-JM-JTR**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                       **RESPONDENT**

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed. The relief sought is granted in part and denied, and the case is closed.

DATED this ___ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE