UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STANLEY NELSON, ADC #124583**                                                                      **PETITIONER**

v.                                    No. 4:20-CV-00175-JM-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                                **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed. The relief sought is granted in part and denied, and the case is closed.

DATED this 12th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE